UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT E. FLETCHER,

    Plaintiff,

v.   Case No. 8:08-cv-1438-T-24 TBM

UNITED STATES OF AMERICA,

    Defendant.
_____

UNITED STATES OF AMERICA,

    Counter-claimant,

v.

ROBERT E. FLETCHER,

    Counter-defendant
_____/

## **ORDER**

This cause comes before the Court on Counter-claimant's motion for default judgment. (Doc. No. 13). As explained below, the motion is granted.

Plaintiff filed a tax refund suit against the Government. In response, the Government asserted a counterclaim for amounts due to the IRS relating to tax years 1998 through 2003. (Doc. No. 4). Plaintiff never filed a response to the counterclaim or further participated in this case. Default was entered against Plaintiff on the counterclaim, and the Court dismissed Plaintiff's claims without prejudice due to lack of prosecution. (Doc. No. 10, 11). Thereafter, the Government filed the instant motion for default judgment and submits an affidavit and breakdown of the amount owed, totaling $245,487.23. (Doc. No. 13, 14).

Accordingly, it is ORDERED AND ADJUDGED that Counter-claimant's motion for default judgment (Doc. No. 13) is **GRANTED**. The Clerk is directed to enter judgment in favor of Counter-claimant on the counterclaim in the amount of $245,487.23 and then to close the case. As the prevailing party, Counter-claimant is entitled to reasonable litigation costs, pursuant to 26 U.S.C. § 7430(a)(2). Counter-claimant is directed to file a motion for reasonable litigation costs by March 20, 2009 or the Court will deem such a claim to be waived.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of March, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record